DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CEDI PACHECO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-481

[August 25, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel Arthur Casey, Judge; L.T. Case No. 16-003828CF10A.

Cedi Pacheco, Miami, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuna, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***